# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD WEISZ,<br>    Plaintiff,<br><br>        v.<br><br>FARMERS AND MERCHANTS TRUST<br>COMPANY, UNION BANK, N.A.,<br>BRIAN GLICKER, Esq., and<br>GLICKER & ASSOCIATES, PLC,<br>    Defendants. | CIVIL ACTION<br>NO. 11-3050 |

## ORDER

**AND NOW**, this 29th day of February, 2012, upon consideration of the Motions to Dismiss or Transfer Venue filed by Defendant Farmers and Merchants Trust Company [Doc. No. 16] and Defendant Union Bank, N.A. [Doc. No. 17], and Plaintiff's response in opposition thereto, and for the reasons stated in the Memorandum Opinion filed this day, the Court finds that it lacks personal jurisdiction over moving Defendants; however, having concluded that venue is proper in the Central District of California, and that justice requires transfer of this action, rather than dismissal, it is hereby **ORDERED** that the Motions are **GRANTED in part** and **DENIED in part** as follows: (1) the Motions to Dismiss are **DENIED**; (2) the Motions to Transfer are **GRANTED**; and (3) the above-captioned matter is **TRANSFERRED** to the United States District Court for the Central District of California, pursuant to 28 U.S.C. 1406(a).

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
HON. CYNTHIA M. RUFE