JS-6

Jordan D. Grotzinger (SBN 190166)
E-mail: grotzingerj@gtlaw.com
Richard G. Merrill (SBN 269081)
E-mail: merrillr@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Tel: (310) 586-7700
Fax: (310) 586-7800

Attorneys for Defendant
UNION BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD WEISZ,<br><br>    Plaintiff,<br>  vs.<br><br>FARMERS AND MERCHANTS TRUST COMPANY, et al.,<br><br>    Defendants. | CASE NO.  CV 12-4751-GW(JCx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

Pursuant to the stipulation of all appearing parties and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this entire action, including all claims and all parties, is hereby <u>dismissed with prejudice</u>.

IT IS SO ORDERED.

Dated:  August 27, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE